## JEFF KINSEY v. STATE OF FLORIDA

15 So. (2nd) 753                                        June Term, 1943
December 7, 1943                                           Division A

*J. R. Kelley,* for appellant.

*J. Tom Watson,* Attorney General, and *John C. Wynn,* Assistant Attorney General, for appellee.

PER CURIAM:

Appellant appeals from a conviction of the larceny of two cows. The only question presented under the record is whether the evidence is sufficient. We have read the evidence and find that it fully sustains the verdict of the jury.

Affirmed.

BUFORD, C. J., BROWN, THOMAS, ADAMS and SEBRING, JJ., concur.

TERRELL and CHAPMAN, JJ., dissent.